IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRINA GORDON,** : | |
| Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-5512** |
| : | |
| **SUPERINTENDENT NICHOLAS,** : | |
| Respondents. : | |

**ORDER**

AND NOW this 18th day of February, 2021, upon careful consideration of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, and Petitioner's Objections thereto, it is **ORDERED** that:

1. Petitioner's Objections [Doc. 22] are **OVERRULED.**

2. The Report and Recommendation [Doc. 21] is **APPROVED** and **ADOPTED**.

3. The Petition for a Writ of Habeas Corpus [Doc. 2] is **DISMISSED**.

4. There is no probable cause to issue a Certificate of Appealability.

5. The Clerk shall mark this case closed.


BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**